JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERNESTO MEJORADO, | ) | No. CV 13-05696-R (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| A. HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| ———————————————— | ) | |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    **IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.


DATED: August 26, 2013          _____
                                MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE